# EXHIBIT 1

Sign In   Register   Français   Channel M Blog   Contact Marketwire

**marketwire**

News | Site | Search News...

Communication Solutions | News Room | [nav] | [nav]

News Room

   Email   Print Friendly   Share

Garrison International Ltd.

TSX VENTURE : GAU



May 20, 2011 17:23 ET

## Garrison International Ltd.: Unauthorized Transfer of Company Subsidiary

TORONTO, ONTARIO--(Marketwire - May 20, 2011) -Garrison International Ltd. (TSX VENTURE:GAU) ("Garrison" or "the Company") regrets to inform that on January 21, 2011, the company stamp for Garrison Asia LLC, the wholly owned subsidiary of Garrison was taken from the office of Garrison Asia LLC without the knowledge or permission of any of the Officers or Directors of the Company. On March 31, 2011, it came to the knowledge of the senior officers of the Company that on February 6, 2011, his stamp was used to transfer the ownership of the shares of Garrison Asia LLC away from the Company.

In Mongolia as well as other parts of Asia, the company stamp is equivalent to a signature. The stamp was therefore was used to improperly confirm that the Company had approved the transfer of the shares of Garrison Asia LLC away from the Company. Notwithstanding the use of the stamp, in order to change the ownership of Garrison Asia LLC, a notarized signature from the signing authorities of this company would have been required. It is not clear at this time how the notarized signatures were obtained by the two men who took the stamp from Garrison's office in Ulaan Baatar, Mongolia. As all of the Company's active operations take place under the subsidiary Garrison Asia LLC, until this matter is resolved the Company has no active operations.

Immediately upon learning of these developments, the matter was reported to the Mongolian Police who have conducted an investigation and interviewed those involved. As a result of their investigation, the Mongolian Police have recommended to proceed with a criminal trial. Such trial is pending for those accused of this action.

Discussions are now underway between the accused and the Company to reach an agreement to transfer the shares of Garrison Asia LLC back to the Company. The Company will provide further details as this matter proceeds.

Although this is a very serious situation, Garrison hopes to resolve the matter as quickly as possible such that the Company can continue with its normal operations. The Company's Board of Directors remains unchanged and the Company's transfer agent remains in place.

As a result of the unauthorized transfer of the shares of Garrison Asia LLC, the Company no longer has assets sufficient to satisfy the Continued Listing Requirements ("CLR") of the TSX Venture Exchange. Therefore, the Company has been placed on 90 day notice to evidence its ability to satisfy CLR or be transferred to NEX. The Company's shares will be reinstated to trading on May 24, 2011, pending dissemination of this news release.

### About Garrison

Garrison is a junior mineral exploration company focused on acquiring and developing advanced stage gold properties in Mongolia. For complete details on Garrison International Ltd. and its partners, management encourages investors and interested parties to view its public documents filed on SEDAR at www.sedar.com.

### CAUTIONARY STATEMENT

No stock exchange, securities commission or other regulatory authority has approved or disapproved the information contained herein. All statements in this news release, other than statements of historical fact, are forward-looking statements that involve various risks and uncertainties, including, without limitation, statements regarding the future plans and objectives of Garrison International Ltd. There can be no assurance that such statements will prove to be accurate. Actual results and future events could differ materially from those anticipated in such statements. These and all subsequent written and oral forward-looking statements are based on the estimates and opinions of management on the dates they are made and are expressly qualified in their entirety by this notice. Garrison International Ltd. assumes no obligation to update forward-looking statements should circumstances or management's estimates or opinions change.

Shares Outstanding – 104,681,406

Neither TSX Venture Exchange nor its Regulation Services Provider (as that term is defined in the policies of the TSX Venture Exchange) accepts responsibility for the adequacy or accuracy of this release.

## Contact Information

Garrison International Ltd.
Blair Krueger
President & CEO
(416) 524-8150
www.garrison-intl.com

       Email   Print Friendly   Share

News Room

### View Related News

| | |
|---|---|
| About this company | Garrison International Ltd. |
| From this industry | Manufacturing and Production |
| From this sub-industry | Mining and Metals |

See all RSS Newsfeeds

| | | |
|---|---|---|
| About Marketwire | US: 1.800.774.9473 | Follow Marketwire |
| Site Map | Canada: 1.888.299.0338 |     |
| Privacy | UK: +44.20.7220.4500 | |

© 2012 Marketwire, Incorporated. All rights reserved.