UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. NEELON, * <br> * <br> Plaintiff, * <br> * <br> v. * <br> * <br> BLAIR KRUEGER and DESERT EAGLE * <br> RESOURCES, LTD. f/k/a GARRISON * <br> INTERNATIONAL, LTD., * <br> * <br> Defendants. * | Civil Action No. 12-cv-11198-IT |

ORDER

October 10, 2014

TALWANI, D.J.

Plaintiff Daniel P. Neelon moves to strike a reply memorandum filed by Defendants Blair Krueger and Desert Eagle Resources Ltd. in support of Defendants' <u>Motion to Dismiss for Forum Non Conveniens</u> [#108].[1] In the alternative, Plaintiff requests that the court allow him to file a sur-reply memorandum of no more than five pages.[2]

In support of the motion to strike, Plaintiff claims that Defendants failed to seek leave of court before filing the reply memorandum as required by Local Rule 7.1(B)(3). The scheduling order in this case, however, expressly allows for the filing of reply memoranda without seeking leave of court.[3] Accordingly, the court will not strike Defendants' reply memorandum.

As to Plaintiff's alternative request, the court notes that his motion identified no reason why a sur-reply is required. Nonetheless, the court will allow the filing of a sur-reply

---

[1] <u>See</u> Pl.s' Mot. Strike Defs.' Reply Pl.s' Opp'n Mot. Dismiss Forum Non Conveniens, 1 [#132].
[2] <u>See</u> <u>id.</u>
[3] <u>See</u> Scheduling Order, 2-3 [#62]. Although this order was entered prior to the reassignment of the case, it has not been withdrawn by the court.

memorandum that is limited to matters newly raised in Defendants' reply and does not exceed five pages in length.

As set forth above, Plaintiff's Motion to Strike Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss for Forum Non Conveniens [#132] is ALLOWED in part and DENIED in part.

IT IS SO ORDERED

Date: October 10, 2014                                        /s/ Indira Talwani
                                                                                           United States District Judge