UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. NEELON, <br><br> Plaintiff, <br><br> v. <br><br> BLAIR KRUEGER and DESERT EAGLE RESOURCES, LTD. f/k/a GARRISON INTERNATIONAL, LTD., <br><br> Defendants. | Civil Action No. 12-cv-11198-IT |

## ORDER

November 26, 2014

TALWANI, D.J.

Pending before the court are Plaintiff's Motion for a Protective Order Concerning Noticed Depositions of Daniel P. Neelon and Harry Honan, C.P.A. [#163] and Emergency Motion for Protective Order [#170]. The court has not yet ruled on these motions. On November 25, 2014, the court ordered Defendants to provide specific information relevant to these pending motions. Defendants response to the order was not limited to the information requested by the court and will be treated as Defendants' opposition to the pending motions.

To the extent that information requested by the court is included in Defendants' response, it is presented in an unhelpful manner. Accordingly, the court orders Defendants to resubmit the following factual information in the form of a chart or table.

1.      The name (or if the name is unknown, a general description sufficient to identify the person) of each person Defendants seek to depose prior to the close of discovery;

2.      If the deposition has been noticed, the date, time and location of the deposition, and the date of the notice of deposition;

3. If the deposition has not been noticed, the proposed date, time and location of the deposition.

The time to provide this information is extended to 3:00 p.m. today.

IT IS SO ORDERED.

November 26, 2014 /s/ Indira Talwani
United States District Judge