UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. NEELON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * Civil Action No. 12-cv-11198-IT |
| BLAIR KRUEGER and DESERT EAGLE | * |
| RESOURCES, LTD. f/k/a GARRISON | * |
| INTERNATIONAL, LTD., | * |
| | * |
| Defendants. | * |

ORDER AMENDING BRIEFING SCHEDULE

December 12, 2014

TALWANI, D.J.

The court hereby amends its December 11, 2014, Order Setting Briefing Schedule [#199] as follows: Plaintiff shall file any opposition to Defendants' motion by no later than 12:00 p.m. on Monday December 15, 2014. All other portions of the order remain unchanged.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge