UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. NEELON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * Civil Action No. 12-cv-11198-IT |
| BLAIR KRUEGER and DESERT EAGLE | * |
| RESOURCES, LTD. f/k/a GARRISON | * |
| INTERNATIONAL, LTD., | * |
| | * |
| Defendants. | * |

## SUPPLEMENTAL SCHEDULING ORDER

December 16, 2014

TALWANI, D.J.

Fact discovery in this case is closed, except as follows:

1. On an agreed upon date between January 2, 2015, and January 5, 2015, Defendants may depose Nora Ichinnorov Manjaa in Boston, Massachusetts;

2. On January 7, 2015, Defendants may depose Harry Honan, C.P.A. in Stuart, Florida;

3. On an agreed upon date between January 8, 2015, and January 15, 2015, Plaintiff shall depose Krueger in Boston, Massachusetts;

4. On an agreed upon date between January 9, 2015, and January 16, 2015, *that is after Krueger's deposition is completed*, Defendants shall depose Neelon in Boston, Massachusetts;

5. On any date between January 17, 2015, and January 31, 2015, Defendants may take the depositions of witnesses in Mongolia if: (1) those witnesses were identified in their

November 26, 2014 filing with the court and (2) Defendants comply with the notice requirements set forth in the court's Order [#180] of November 26, 2014;[1]

6. Any other depositions must be by mutual agreement of the parties and must be completed by January 31, 2015;

7. Parties shall submit renewed motions for letters rogatory by no later than December 23, 2014;

8. All of the above depositions are subject to Local Rule 26.1(c)'s limit of ten depositions overall per side.

All other deadlines set by the court's Order of August 11, 2014 [#104], remain unchanged.

IT IS SO ORDERED.

December 16, 2014                                       /s/ Indira Talwani
                                                        United States District Judge

---

[1] If Manjaa is not deposed in Boston, she may be deposed in Mongolia during this time.