UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. NEELON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * Civil Action No. 12-cv-11198-IT |
| BLAIR KRUEGER and DESERT EAGLE | * |
| RESOURCES, LTD. f/k/a GARRISON | * |
| INTERNATIONAL, LTD., | * |
| | * |
| Defendants. | * |

FURTHER ORDER ON MOTION FOR CLARIFICATION

March 23, 2015

TALWANI, D.J.

The parties dispute the scope of discoverable information regarding Plaintiff's past clients other than Georges Cohen. See Resp. Court Order [#266]; Objection Resp. Court Order [#267]. The court will address this dispute at the scheduled April 1, 2015 motion hearing. See Order Setting Hearing [#260]. Accordingly, the court hereby stays Plaintiff's deadline to comply with the court's Memorandum & Order [#259] *only as it relates* to information to and from clients other than Georges Cohen.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge