UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. NEELON, | * |
| Plaintiff, | * |
| v. | * |
| | * Civil Action No. 12-cv-11198-IT |
| BLAIR KRUEGER and DESERT EAGLE RESOURCES, LTD. f/k/a GARRISON INTERNATIONAL, LTD., | * |
| Defendants. | * |

ORDER

April 9, 2015

TALWANI, D.J.

Defendants' Renewed Motion for Letters Rogatory [#214] is hereby ALLOWED insofar as it requests issuance of a letter rogatory for Georges Cohen. However, the court finds that proposed deposition topic five (5) is vague and potentially overbroad and that proposed deposition topic six (6) may implicate Mr. Cohen's claimed attorney-client privilege. Accordingly, Defendants should make the following edits to their proposed letter rogatory and submit a revised version to the court for signature:

1. Delete deposition topic five (5);

2. In deposition topic six (6), insert after "February 6, 2014" the following: "except to the extent Mr. Cohen's knowledge is based on any direct communication with Mr. Neelon as to which Mr. Cohen asserts attorney-client privilege."

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge