UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. NEELON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Civil Action No. 12-cv-11198-IT |
| BLAIR KRUEGER and DESERT EAGLE | * |
| RESOURCES, LTD. f/k/a GARRISON | * |
| INTERNATIONAL, LTD., | * |
| | * |
| Defendants. | * |

ORDER

April 14, 2015

TALWANI, D.J.

Plaintiff's Revised Motion for Letter Rogatory [#289] is hereby ALLOWED. However, the court finds that proposed document descriptions are overly broad and may implicate the rights of persons unrelated to this case to speak anonymously. Accordingly, Plaintiff should make the following edits to his proposed letter rogatory and submit a revised version to the court for signature:

1. In paragraphs 1, 2, and 3, delete "communications and" and insert ", if any such documents exist," after the word "control";

2. In paragraph 1, replace "including, but not limited to, the identity of the person who posted the Subject Blog (the "Poster") (including the Poster's screen name, the Poster's actual name, and the Poster's IP address), the account through which the Subject Blog was posted, and the identity of the owner of the account through which the Subject Blog was posted." with "by Garrison International Ltd., Blair Krueger, Anthony Bainbridge, or Denis Frawley.";

3. In paragraph 1, insert the following text after "(the 'Subject Blog')": "by Garrison International Ltd., Blair Krueger, Anthony Bainbridge, or Denis Frawley.";

4. In paragraph 2, add the following text after "stockhouse.com": "by Garrison International Ltd., Blair Krueger, Anthony Bainbridge, or Denis Frawley.";

5. In paragraph 3, replace "identity of the person who used the screen name 'Suitcase 1' to post" with "posting under the screen name 'Suitcase 1' of";

6. In paragraph 3, add the following text after "'RE: Alleged Criminal Daniel P. Neelon'": "by Garrison International Ltd., Blair Krueger, Anthony Bainbridge, or Denis Frawley.".

IT IS SO ORDERED.

April 14, 2015 /s/ Indira Talwani
United States District Judge