UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. NEELON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Civil Action No. 12-cv-11198-IT |
| BLAIR KRUEGER and DESERT EAGLE | * |
| RESOURCES, LTD. f/k/a GARRISON | * |
| INTERNATIONAL, LTD., | * |
| | * |
| Defendants. | * |

ORDER REGARDING DETERMINATION OF MONGOLIAN LAW

August 6, 2015

TALWANI, D.J.

On May 14, 2015, Plaintiff filed a Notice of an Issue of Foreign Law [#329], which identified issues of Mongolian law potentially relevant to the resolution of this case. In subsequent filings, both parties have indicated that Mongolian law will need to be applied or considered in order to resolve the claims at trial. See, e.g., Defs.' Resp. Court Order [#359]; Pl.'s Resp. Court Order [#360]; Joint Pre-Trial Exhibit List [#379] (identifying portions of the Mongolian legal code as exhibits); Pl.'s Pre-Trial Disclosures [#380] (identifying witnesses to potentially testify regarding Mongolian law); Corrected Pretrial Disclosures Defs. [#381] (same).

Pursuant to Fed. R. Civ. P. 44.1, a determination of foreign law is "a ruling on a question of law." Accordingly, the court, not the jury, will determine the Mongolian laws relevant to this case. So as to assist the court in its determination of Mongolian law, the parties, in complying with the court's Revised Procedural Order re: Pretrial/Trial [#375], should ensure that they identify any issues involving Mongolian law and provide the court with any required support for their respective positions as to that law. Namely, the parties should ensure that they:

1. are prepared to identify any disputed issues of Mongolian law at the Initial Pretrial Conference scheduled for August 11, 2015;

2. provide supporting sources for any disputed issues of Mongolian law in their Joint Pretrial Memorandum, due August 17, 2015;

3. include in their respective proposed jury instructions, due August 17, 2015, any proposed instructions on Mongolian law with supporting sources.

In addition, the court hereby sets a hearing for the determination of Mongolian law and its application in this case for August 31, 2015 at 2:00 p.m.  If either party seeks to introduce testimony at this hearing, that party shall submit to the court by no later than August 24, 2015 at 6:00 p.m. a list of proposed witnesses.

IT IS SO ORDERED.

August 6, 2015                                         /s/ Indira Talwani
                                                       United States District Judge