UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. NEELON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Civil Action No. 12-cv-11198-IT |
| BLAIR KRUEGER and DESERT EAGLE | * |
| RESOURCES, LTD. f/k/a GARRISON | * |
| INTERNATIONAL, LTD., | * |
| | * |
| Defendants. | * |

ORDER GRANTING RECONSIDERATION

September 9, 2015

TALWANI, D.J.

Plaintiff's Emergency Motion for Reconsideration and Clarification of Order on Plaintiff's Motion to Exclude from Evidence Embassy Communications and Attachments [#548] is ALLOWED.  The embassy statements in Trial Exhibit 327 (e-mails from Philip Cargile) constitute hearsay and are themselves based on inadmissible hearsay previously excluded by the court.  On further review, the court finds that these statements do not fall within the public records exception under Fed. R. Evid. 803(8)(a)(i).  The court finds further that, if introduced, these statements would lack context in light of the already excluded hearsay statements on which they are based and, accordingly, that the risk of jury confusion substantially outweighs the statements' probative value.  Trial Exhibit 327 may not be introduced to the jury.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge