UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. NEELON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Civil Action No. 12-cv-11198-IT |
| BLAIR KRUEGER and DESERT EAGLE | * |
| RESOURCES, LTD. f/k/a GARRISON | * |
| INTERNATIONAL, LTD., | * |
| | * |
| Defendants. | * |

JUDGMENT ON A JURY VERDICT

September 29, 2015

TALWANI, D.J.

This action was tried by a jury with U.S. District Judge Indira Talwani presiding, and the jury has rendered a verdict.

It is ordered that:

Plaintiff Daniel P. Neelon recover from Defendants Blair Krueger and Desert Eagle Resources, Ltd., formerly known as Garrison International, Ltd., the amount of $350,000.00 in compensatory and special damages; $136,241.10 in prejudgment interest, which is calculated at a rate of 12% per annum, Mass. Gen. Laws ch. 213, § 6B, from July 2, 2012 through today; and costs as allowed by separate order. Post-judgment interest is awarded at a rate of .34% per annum, 28 U.S.C. § 1961.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge