UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL P. NEELON, </br></br>Plaintiff, </br></br>v. </br></br>BLAIR KRUEGER and </br>DESERT EAGLE RESOURCES LTD. </br>f/k/a GARRISON INTERNATIONAL LTD., </br></br>Defendants. | CIVIL NO. 12-cv-11198-IT |

## AMENDED JOINT MOTION TO DISTRIBUTE FUNDS

The Plaintiff Daniel P. Neelon, and Defendants, Blair Krueger and Desert Eagle Resources, LTD., jointly move, pursuant to Local Rule 67.3, for an order to distribute from the Court's registry a check payable to Daniel P. Neelon, 35 Braintree Hill Office Park, Suite 201, Braintree, MA 02184, in the amount of $406,002.31 USD, a check payable to Paul J. Andrews, 35 Braintree Hill Office Park, Suite 201, Braintree, MA 02184, in the amount of $107,000.76, and a check made payable to ENCON Group Inc., c/o Damian R. LaPlaca, Devine Millimet & Branch, PA, 2 Oliver Street, 10th Floor, Boston, MA 02109, in the amount of $51,496.93. Any interest accrued on the funds on deposit with the Court shall be allocated in the following proportions and added to the amounts set forth above: 72% to Daniel P. Neelon, 19% to Paul J. Andrews and 9% to ENCON Group, Inc.

Respectfully submitted,

| | |
|---|---|
| BLAIR KRUEGER and DESERT EAGLE RESOURCES, Defendants | DANIEL P. NEELON, Plaintiff |
| By their attorney, | By his attorney, |
| /s/ *Damian R. LaPlaca* <br> Damian R. LaPlaca, BBO #551369 <br> dlaplaca@devinemillimet.com <br> Devine Millimet & Branch, PA <br> 2 Oliver Street, 10th Floor <br> Boston, MA 02109 <br> 617-778-7506 | /s/ *Paul J. Andrews* <br> Paul J. Andrews, BBO #558574 <br> attypja@gmail.com <br> 35 Braintree Hill Office Park, Suite 201 <br> Braintree, MA 02184 <br> 781-590-2000 |
| Dated: October 25, 2016 | Dated: October 25, 2016 |

## CERTIFICATE OF SERVICE

I, Paul J. Andrews, hereby certify that on this 25th day of October, 2016, I served all counsel of record with a true copy of the foregoing document by virtue of transmitting the same to the Court via the ECF system.

/s/ *Paul J. Andrews*
Paul J. Andrews